IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:16-cr-80-DPM-3

SCHULER ROWLAND
Reg. No. 30810-009            DEFENDANT

ORDER

Rowland moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic. Exhaustion is murky: Rowland says that FCI Yazoo City has added an impermissible extra step to the exhaustion process; and it's unclear whether Rowland has received a formal response from the Warden or filed an appeal. *Doc. 138 at 2–3.* It's unnecessary to get clarity on these issues, though, because even if Rowland has exhausted his administrative remedies, his motion fails on the merits.

Rowland is housed at the satellite camp for FCI Yazoo City Low, which has had many COVID-19 cases; and a prison is a particularly difficult place to control the spread of the virus. His concerns are reasonable ones. But Rowland hasn't shown that his age or physical condition make him more susceptible to the virus than other prisoners are. Without a showing of extraordinary and compelling circumstances, the statute's remedy—reducing Rowland's sentence to

time served — is not appropriate.  18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 138*, is therefore denied.

    So Ordered.

                                                  */s/ D.P. Marshall Jr.*
                                                  D.P. Marshall Jr.
                                                  United States District Judge

                                                  10 September 2020